RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for TRESHELL SHARNICE HILL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TRESHELL SHARNICE HILL,<br><br>            Defendant. | Case No. 3:20-cr-00055-MMD-WGC<br><br>**ORDER RE STIPULATION TO CONTINUE INITIAL APPEARANCE ON REVOCATION PROCEEDINGS (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for TRESHELL SHARNICE HILL and CHRISTOPHER CHIOU, Acting United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance on Revocation Proceedings set for September 20, 2021, at 3:00 PM, be vacated and continued to October 14, 2021, at 10:00 AM.

/ / /

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Ms. Hill is currently on bond.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 17th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for TRESHELL HILL | By  /s/ Megan Rachow<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for September 20, 2021, at 3:00 PM, be vacated and continued to October 14, 2021, at 10:00 AM.

DATED this __17th__ day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE